**Civil and Commercial Judicial Assistance System**   Requests for Judicial Assistance   Help   About Us (/index/About/index)

Please Select ▾    Please Select ▾

**CN202304060012**    Under Review   💬

| | | |
|---|---|---|
| Country: United States of America | Identity of Requesting Party: North River Law PLLC | Name of Recipient: People's Republic of China |
| Legal Basis for the Request: Hague Service Convention | Cause of Action: Tort liability dispute | Submission Time: 2023-04-06 05:04:29 |

✏️ Edit (/in case_number Cancel

go to page:     / 1

**Exhibit B**

Civil and Commercial Judicial Assistance System

Copyright ©2008 All Rights Reserved

Links:  Treaty Database of the Ministry of Foreign Affairs of China (http://treaty.mfa.gov.cn/Treaty/web/index.jsp) |  Hague Conference on Private International Law (http://www.hcch.net) |  Ministry of Justice of China (http://www.moj.gov.cn)

京ICP备19018761号-1    京公网安备 11010202008291号 (http://www.beian.gov.cn/portal/registerSystemInfo?recordcode=11010202008291)

Exhibit B