**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JIE QIAO,

c/o Farra & Wang PLLC
1300 I St. NW, Suite 400E
Washington, DC 20005

    Plaintiff,

   v.

PEOPLE'S REPUBLIC OF CHINA,

c/o Ministry of Foreign Affairs of the PRC
No. 2, Chaoyangmen S. St.,
Chaoyang District, Beijing, 100701

c/o Ministry of Justice of the PRC
No. 6 Chaoyangmen S. St.
Chaoyang District, Beijing, 100701

    Defendant.

Civil Action No.: 23-cv-603

**NOTICE OF FAILED SERVICE**
**UNDER 28 U.S.C § 1608(a)(2)**

I, Times Wang, attorney of record for the Plaintiff, hereby advise the Court of my office's attempt and failure to serve the summons and complaint to the Defendant pursuant to 28 U.S.C. § 1608(a)(2). In support thereof, I state that:

1. On March 6, 2023, my client, Jie Qiao ("Qiao" or "Plaintiff"), filed a complaint in this Court against the People's Republic of China ("PRC" or "Defendant") under the Foreign Sovereign Immunities Act.

2. On April 6, 2023, pursuant to 28 U.S.C. § 1608(a)(2) regarding service upon a foreign sovereign, my office followed the instructions provided by the PRC's Ministry of Justice for online submission for matters within the framework of the Hague Service Convention, and

1

submitted the legal documents required to serve the Defendant notice of the complaint using the online "Civil and Commercial Judicial Assistance System" at www.ilcc.online.

3.      On September 5, 2023, our online submission for service for matters within the framework of the Hague Service Convention was denied. The reason provided by www.ilcc.online was: "The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13). The defendants specified in your requests enjoy sovereign immunity and are not subject o [sic] any foreign jurisdiction." Attached as Exhibit A is a true and correct copy of a screenshot of www.ilcc.online's note regarding the denial of our service request.

4.      Plaintiff will now attempt to serve Defendant pursuant to 28 U.S.C. § 1608(a)(3), which entails requesting the Clerk of the District Court of the District of Columbia to send a copy of the summons, the complaint and a notice of suit, together with Chinese translations of each, by a form of mail requiring a signed receipt, to the head of the ministry of foreign affairs of the PRC.

5.      My office will follow the procedures outlined in Section III of the Attorney Manual for Service of Process on a Foreign Defendant provided by the Court. My office will continue to update the Court on its service attempts on the Defendant.

Dated: October 16, 2023              Respectfully submitted,

*/s/ Times Wang*

**FARRA & WANG PLLC**
Times Wang (D.C. Bar 1025389)
1300 I St. NW, Suite 400E
Washington, DC 20005
(202) 505-5989
twang@farrawang.com

*Counsel for Plaintiff*

2