Case 1:23-cv-00603-AHA     Document 9-1     Filed 10/16/23     Page 1 of 1



Exhibit A