CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Jie Qiao
_____
Plaintiff(s)

vs.

People's Republic of China
_____
Defendant(s)

Civil Action No.: 23-cv-603

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)
- ❏ certified or registered mail, return receipt requested
- ❏ DHL
- ❏ Fed Ex

pursuant to the provisions of: (check one)
- ❏ FRCP 4(f)(2)(C)(ii)
- ❏ 28 U.S.C. § 1608(a)(3)
- ❏ 28 U.S.C. § 1608(b)(3)(B)
- ❏ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): N/A , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Times Wang (D.C. Bar: #1025389)
Farra & Wang PLLC
1300 I Street NW, Suite 400E
Washington, DC 20005
(Name and Address)