# FARRA
# &WANG

Times Wang
twang@farrawang.com
(202) 505-6227

November 1, 2023

Angela D. Caesar
Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, DC 20001
Room 1225

Re:    Jie Qiao v. People's Republic of China - Civil Action No.: 23-cv-603

Dear Ms. Caesar,

I am counsel to Jie Qiao, the plaintiff in the above captioned case, which was filed on March 6, 2023. The defendant is the People's Republic of China ("PRC"). As detailed in the Notice of Failed Service filed on October 16, 2023, my office's attempt to serve a copy of the summons and complaint to the defendant pursuant to 28 U.S.C. § 1608(a)(2) was unsuccessful. Dkt 9.

I am writing to respectfully request your assistance to serve the defendant pursuant to 28 U.S.C. § 1608(a)(3) by foreign mailing via DHL, to Mr. Yi Wang, the head of the ministry of foreign affairs of the PRC. I have reviewed in detail the procedures outlined in Section III of the Attorney Manual for Service of Process on a Foreign Defendant provided by the Court. We will provide the Clerk's Office with the following documents:

- One copy of the Affidavit Requesting Foreign Mailing;
- One copy of the Notice of Electronic Filing confirming the filing of the Affidavit Requesting Foreign Mailing;
- One copy of the Return of Service Unexecuted;
- One copy of the summons, complaint and notice of suit, along with corresponding Chinese translations of each;
- One DHL document envelope for the defendant; and
- One set of DHL shipping labels, including: (1) an outgoing label and waybill that includes my firm's DHL account number for exports (922770328); (2) a return label and waybill that includes my firm's DHL account number for imports (942805389); and receipts and instructions for both outgoing and return shipments.

\*            \*            \*

RECEIVED
Mail Room

NOV - 2 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# FARRA
# &WANG

Thank you for your assistance.

Sincerely,

Times Wang

Cc:    Ti-Anna Wang