# FARRA & WANG

Times Wang
twang@farrawang.com
(202) 505-6227

February 19, 2024

Angela D. Caesar
Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, DC 20001
Room 1225

Re:   Jie Qiao v. People's Republic of China - Civil Action No.: 23-cv-603

Dear Ms. Caesar,

I am counsel to Jie Qiao, the plaintiff in the above captioned case, which was filed on March 6, 2023. The defendant is the People's Republic of China ("PRC"). As detailed in the Notice of Failed Service filed on October 16, 2023, my office's attempt to serve a copy of the summons and complaint to the defendant pursuant to 28 U.S.C. § 1608(a)(2) was unsuccessful. Dkt 9. As further detailed in the Notice of Failed Service filed on February 14, 2024, my office's subsequent attempt to serve a copy of the summons and complaint to the defendant pursuant to 28 U.S.C. § 1608(a)(3) was also unsuccessful after the PRC refused to accept the delivery. Dkt 13.

I am writing to respectfully request your assistance to serve the defendant pursuant to 28 U.S.C. § 1608(a)(4) through the U.S. Department of State. I have reviewed in detail the procedures outlined in Section IV of the Attorney Manual for Service of Process on a Foreign Defendant provided by the Court. We will provide the Clerk's Office with the following documents:

- One copy of the Affidavit Requesting Foreign Mailing;
- One copy of the Notice of Electronic Filing confirming the filing of the Affidavit Requesting Foreign Mailing;
- One copy of the Return of Service Unexecuted 28 U.S.C. § 1608(a)(3);
- Two copies of the summons, complaint and notice of suit, along with corresponding Chinese translations of each;
- One cashier's check for $2,275.00 for payment of service fee to the U.S. Department of State;
- One FedEx shipping label addressed to the U.S. Department of State; and
- One envelope addressed to the U.S. Department of State.

\* \* \*

1300 I Street N.W., Suite 400E, Washington, D.C. 20005   ·   (202) 505-5989



RECEIVED
Mail Room

FEB 22 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# FARRA
# &WANG

Thank you for your assistance.

Sincerely,

Times Wang

Cc:   Ti-Anna Wang