UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIE QIAO,<br><br>      Plaintiff,<br><br>  v.<br><br>PEOPLE'S REPUBLIC OF CHINA,<br><br>      Defendant. | Civil Action No.: 23-cv-603<br><br>**STATUS REPORT REGARDING PROCEEDINGS UNDER FRCP 55** |

  I, Times Wang, attorney of record for the plaintiff, hereby advise the Court on the status of the plaintiff's efforts under Federal Rule of Civil Procedure 55, as follows:

  1. As set forth in previous status reports, the defendant People's Republic of China was lawfully served on August 19, 2024 under 28 U.S.C. § 1608(a)(4). Under 28 U.S.C. § 1608(d), the defendant had 60 days, or until October 18, 2024, to serve the plaintiff with an answer or other responsive pleading. It has not done so, and so the plaintiff is requesting entry of default against the defendant under Rule 55(a), via a concurrently-filed Affidavit in Support of Default, based on a form downloaded from the Court's website (https://www.dcd.uscourts.gov/general-civil-forms).

  2. As for entry of default judgment under Rule 55(b), because the plaintiff's claim is not "for a sum certain or a sum that can be made certain by computation," the plaintiff must proceed under Rule 55(b)(2), in part so that the Court may "determine the amount of damages." *See also*, *e.g.*, *Boland v. Elite Terrazzo Flooring, Inc.*, 763 F. Supp. 2d 64, 68 (D.D.C. 2011) (under Rule 55(b), "the plaintiffs must prove that they are entitled to the requested damages," and where the amount is uncertain, "the court must make an independent determination of the

sum to be awarded" following "a hearing" or based "on detailed affidavits or documentary evidence") (cleaned up).

3. Here, the plaintiff anticipates submitting a fulsome motion for default judgment supported by detailed affidavits and documentary evidence, including potentially expert affidavits, medical records, and the like (and may also request a hearing). The plaintiff anticipates needing around three months to gather such evidence and thus anticipates filing a motion for default judgment in April or May 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025

Respectfully submitted,

*/s/ Times Wang*
**FARRA & WANG PLLC**
Times Wang (D.C. Bar 1025389)
1543 Champa St., Suite 400
Denver, CO 80202
(202) 505-6227
twang@farrawang.com

*Counsel for the plaintiff*