**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JIE QIAO,

          Plaintiff,

    v.

PEOPLE'S REPUBLIC OF CHINA,

          Defendant.

Civil Action No.: 23-cv-603

Judge Amir H. Ali

**DECLARATION OF TIMES WANG**

I, Times Wang, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a member of the bar of this Court and counsel of record for Plaintiff Jie Qiao in this action. I am over eighteen years of age and competent to make this declaration.

2.    Exhibit 1 is a true and correct copy of a printout of the Chinese Society of International Law's charter, as obtained from a historical capture of the following URL: http://www.csil.cn/News/Detail.aspx?AId=19.

3.    Exhibit 1A is a true and correct copy of a machine translation of Exhibit 1.

4.    Exhibit 2 consists of true and correct copies of printouts from the website of the Ministry of Foreign Affairs of the People's Republic of China.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2026

_____
Times Wang

1