

登录

搜索

| 首页 | 学会概况 | 新闻动态 | 中国国际法实践 | 视听公开课 | 理事之家 | 中国国际法年刊 | 学术论文 |

团结业界同仁 推进教学研究 加强交流合作 服务和平发展

首页>学会概况>**学会章程**

**学会概况**

» 学会简介

» 会长致辞

» 组织结构

» **学会章程**

» 会员申请

**中国国际法学会章程**

更新时间： 2021/10/19 来源： 点击数： 745024

（2021年5月22日第十届第四次中国国际法学会会员代表大会表决通过）

**第一章 总则**

第一条 本会的名称为中国国际法学会，英文名称为CHINESE SOCIETY OF INTERNATIONAL LAW，缩写为CSIL。

第二条 本会的性质：本会是由从事国际法教学、研究和实务工作的专业人士自愿结成的全国性、学术性、非营利性社会组织。

第三条 本会的宗旨：本会联系和团结广大国际法工作者，倡导理论与实践相结合，组织开展国际法学术研究和交流活动，繁荣我国的国际法学研究；发挥智库作用，服务我国对外战略和外交实践；努力为建设社会主义法治国家、实现中华民族伟大复兴做出积极贡献。

本会遵守宪法、法律、法规和国家政策，践行社会主义核心价值观，弘扬爱国主义精神，遵守社会道德风尚，自觉加强诚信自律建设。

第四条 本会坚持中国共产党的全面领导，根据中国共产党章程的规定，设立中国共产党的组织，开展党的活动，为党组织的活动提供必要条件。

第五条 本会接受业务主管单位中华人民共和国外交部和社团登记管理机关中华人民共和国民政部的业务指导和监督管理。

第六条 本会的住所设在北京市。

**第二章 业务范围**

第七条 本会的业务范围：

（一）组织开展国际法学研究，推动国际法学的理论创新，依法依规建设高端智库，促进国际法学研究成果的推广、应用和转化；

（二）组织举办各种类型的国际法学术研究和交流活动；

（三）组织开展、参与国际法教学和师资培训，培养国际法高端人才；

（四）依照有关规定，编辑出版国际法专业学术刊物《中国国际法年刊》、《国际法学刊》及其它国际法书籍和资料；

（五）依照国家相关规定，主办中国国际法学会网站、运行中国国际法学会微信公号；

（六）接受政府部门和司法机构委托，开展与国际法专业相关的研究工作和其他工作；

（七）接受企业和其他组织的委托，提供法律咨询和服务。

业务范围中属于法律法规规章规定须经批准的事项，依法经批准后开展。

**第三章 会员**

**Exhibit 1 - Page 1 of 4**

第八条 本会的会员包括个人会员和单位会员。

第九条 申请加入本会的会员，必须具备下列条件：

（一）拥护本会章程；

（二）有加入本会的意愿；

（三）从事国际法及相关学科和领域的科学研究与实务工作者，并具备一定专业知识水平和能力的个人，经申请，可成为本会个人会员；

（四）从事国际法及相关学科和领域的科学研究与实务工作的机构及社会组织，经申请，可成为本会单位会员。

第十条 会员入会的程序是：

（一）个人或单位提出申请，并填写入会登记表；

（二）经本会理事会或常务理事会讨论通过；

（三）由理事会或理事会授权的机构发给会员证。

第十一条 会员享有下列权利：

（一）本会的选举权、被选举权和表决权；

（二）参加本会组织的学术研究和交流活动，以及专业咨询和论证等事项；

（三）优先利用本会网站、信息、图书、资料和出版物；

（四）对本会工作的监督权和批评建议权；

（五）入会自愿、退会自由。

第十二条 会员履行下列义务：

（一）遵守本会章程，执行本会决议；

（二）维护本会合法权益；

（三）完成本会交办、委托的工作，积极参与学术专业活动；

（四）向本会提供有关信息资料；

（五）按规定交纳会费。

第十三条 会员退会应书面通知本会，并交回会员证。

会员如果连续2年无故不交纳会费或长期不参加本会活动视为自动退会。

第十四条 会员如有严重违反本章程的行为，经理事会或常务理事会表决通过，予以除名。

## 第四章 组织机构和负责人产生、罢免

第十五条 本会的最高权力机构是会员代表大会，会员代表大会的职权是：

（一）制定和修改章程；

（二）选举和罢免理事；

（三）审议理事会的工作报告和财务报告；

（四）制定和修改会费标准；

（五）决定名誉职务的设立；

（六）决定终止事宜；

（七）决定其他重大事宜。

第十六条 会员代表大会须有2/3以上的会员代表出席方能召开，其决议须经到会会员代表半数以上表决通过方能生效。

会员代表大会每届5年，每一年召开1次。因特殊情况需提前或者延期换届的，须由理事会表决通过，经业务主管单位审核同意后，报登记管理机关批准。延期换届最长不超过1年。

第十七条 本会设理事会。理事会是会员代表大会的执行机构，在会员代表大会闭会期间领导本会开展日常工作，对会员代表大会负责。

第十八条 理事会的职权是：

（一）执行会员代表大会的决议；

（二）选举和罢免会长、副会长、秘书长和常务理事；

（三）筹备召开会员代表大会；

（四）向会员代表大会报告工作和财务状况；

（五）决定会员的吸收和除名；

（六）决定设立、变更、终止办事机构、分支机构、代表机构和实体机构；

（七）领导本会各机构开展工作；

（八）制定内部管理制度；

（九）决定本会其他重大事项。

理事会与会员代表大会任期相同，与会员代表大会同时换届。

理事会须有2/3以上理事出席方能召开，其决议须经到会理事2/3以上表决通过方能生效。

第十九条 理事会每年至少召开一次会议。情况特殊的，可采用通讯形式召开。

**Exhibit 1 - Page 2 of 4**

第二十条 本会设立常务理事会。常务理事会由理事会选举产生，人数不超过理事人数的1/3，在理事会闭会期间行使第十八条第一、三、五、六、七、八项的职权，对理事会负责。

第二十一条 常务理事会会议须有2/3以上常务理事出席方能召开，其决议须经到会常务理事2/3以上表决通过方能生效。

第二十二条 常务理事会至少半年召开一次会议。情况特殊的，可采用通讯形式召开。

第二十三条 本会的会长、副会长、秘书长必须具备下列条件：

（一）政治素质好，遵纪守法，坚持党的路线、方针、政策；

（二）在国际法专业领域内有较大影响；

（三）最高任职年龄不超过70周岁，秘书长为专职；

（四）身体健康，能坚持正常工作；

（五）未受过剥夺政治权利的刑事处罚；

（六）具有完全民事行为能力。

第二十四条 本会会长、副会长、秘书长每届任期五年，连任不超过两届。

第二十五条 本会会长为本会法定代表人。

因特殊情况，经会长推荐、理事会同意，报业务主管单位审查并经社团登记管理机关批准后，可以由副会长或秘书长担任法定代表人。

法定代表人代表本会签署有关重要文件。

本会法定代表人不兼任其他社会团体的法定代表人。

第二十六条 本会会长行使下列职权：

（一）召集和主持理事会、常务理事会；

（二）检查会员代表大会、理事会和常务理事会决议的落实情况。

第二十七条 本会秘书长行使下列职权：

（一）主持办事机构开展日常工作，组织实施本会年度工作计划；

（二）协调各所属机构开展工作；

（三）提名副秘书长以及各所属机构主要负责人，交理事会或常务理事会决定；

（四）决定各所属机构专职工作人员的聘用；

（五）处理其他日常事务。

## 第五章 资产管理、使用原则

第二十八条 本会经费来源：

（一）会费；

（二）捐赠；

（三）政府资助；

（四）在核准的业务范围内开展活动、提供服务的收入；

（五）利息；

（六）其他合法收入。

第二十九条 本会按照国家有关规定收取会员会费。

第三十条 本会经费必须用于本章程规定的业务范围和事业的发展，不得在会员中分配。

第三十一条 本会建立严格的财务管理制度，保证会计资料合法、真实、准确、完整。

第三十二条 本会配备具有专业资格的会计人员。会计不得兼任出纳。会计人员必须进行会计核算，实行会计监督。会计人员调动工作或离职时，必须与接管人办清交接手续。

第三十三条 本会的资产管理必须执行国家规定的财务管理制度，接受会员代表大会和财政部门的监督。资产来源属于国家拨款或者社会捐赠、资助的，必须接受审计机关的监督，并将有关情况以适当方式向社会公布。

第三十四条 本会换届或更换法定代表人之前必须进行财务审计。

第三十五条 本会的资产，任何单位、个人不得侵占、私分和挪用。

第三十六条 本会专职工作人员的工资、保险、福利待遇，参照国家对事业单位的有关规定执行。

## 第六章 章程的修改程序

第三十七条 对本会章程的修改，须经理事会表决通过后报会员代表大会审议。

第三十八条 本会修改的章程，须在会员代表大会通过后15日内，经业务主管部门审查同意，并报社团登记管理机关核准后生效。

**Exhibit 1 - Page 3 of 4**

## 第七章 终止程序及终止后的财产处理

第三十九条 本会完成宗旨或自行解散或由于分立、合并等原因需要注销的，由理事会或常务理事会提出终止动议。

第四十条 本会终止动议须经会员代表大会表决通过，并报业务主管部门审查同意。

第四十一条 本会终止前，须在业务主管单位及有关机关指导下成立清算组织，清理债权债务，处理善后事宜。清算期间，不开展清算以外的活动。

第四十二条 本会经社团登记管理机关办理注销登记手续后即为终止。

第四十三条 本会终止后的剩余财产，在业务主管单位和社团登记管理机关监督下，按照国家有关规定，用于发展与本会宗旨相关的事业。

## 第八章 附则

第四十四条 本章程经2021年5月22日第十届第四次会员代表大会表决通过。

第四十五条 本章程的解释权属本会的理事会。

第四十六条 本章程自社团登记管理部门核准之日起生效。

友情链接：  国际刑事法院  国际商事争端预防与解决组织  常设仲裁法院  国际法院规约

Copyright: All Right Reserved [2010] 中国国际法学会 版权所有 邮编：100037 地址：中国 北京市西城区展览馆路 24号

Exhibit 1 - Page 4 of 4