

Log in

Search

About the Society    News    China's Int'l Law Practice    Open Courses    Directors' Corner    Chinese Yearboo

the Society > Charter

e Society

on

s Message

onal Structure

hip Application

# Charter of the Chinese Society of International Law

Updated: 2021/10/19  |  Source:  |  Hits: 745024

(Adopted by vote of the Fourth Session of the Tenth General Assembly of Members' Representatives of the Chinese Society of International Law on May 22, 2021)

## Chapter I  General Provisions

**Article 1**  The name of this Society is 中国国际法学会 (Chinese Society of International Law); its English name is CHINESE SOCIETY OF INTERNATIONAL LAW, abbreviated as CSIL.

**Article 2**  Nature of the Society: This Society is a nationwide, academic, non-profit social organization voluntarily formed by professionals engaged in the teaching, research, and practice of international law.

**Article 3**  Purpose of the Society: This Society connects and unites the broad community of international law workers; advocates the integration of theory and practice; organizes and conducts academic research and exchange activities in international law; enriches China's study of international law; exercises a think-tank function; serves China's foreign strategy and diplomatic practice; and strives to make positive contributions to building a socialist rule-of-law country and to realizing the great rejuvenation of the Chinese nation.

This Society abides by the Constitution, laws, regulations, and State policy; practices the core socialist values; promotes the spirit of patriotism; observes social morality and mores; and consciously strengthens the building of integrity and self-discipline.

**Article 4**  This Society upholds the overall leadership of the Communist Party of China. In accordance with the Constitution of the Communist Party of China, it establishes an organization of the Communist Party of China, carries out Party activities, and provides the necessary conditions for the activities of the Party organization.

**Article 5**  This Society accepts the professional guidance and supervision of its competent business unit, the Ministry of Foreign Affairs of the People's Republic of China, and of the social-organization registration authority, the Ministry of Civil Affairs of the People's Republic of China.

**Article 6**  The domicile of this Society is located in the city of Beijing.

## Chapter II  Scope of Business

**Article 7**  The scope of business of this Society is:

(1) To organize and conduct research in international law, promote theoretical innovation in international law, build high-end think tanks in accordance with law and regulation, and promote the dissemination, application, and transformation of research results in international law;

(2) To organize and hold various types of academic research and exchange activities in international law;

(3) To organize, conduct, and participate in the teaching of international law and the training of faculty, and to cultivate high-end international law talent;

(4) In accordance with relevant regulations, to compile and publish the international law professional academic journals Chinese Yearbook of International Law and Journal of International Law, as well as other books and materials on international law;

(5) In accordance with relevant State regulations, to operate the website of the Chinese Society of International Law and run the Society's WeChat public account;

(6) To accept commissions from government departments and judicial authorities and carry out research work and other work related to the international law profession;

(7) To accept commissions from enterprises and other organizations and provide legal consulting and services.

Matters within the scope of business that, under laws, regulations, and rules, require approval shall be carried out after approval is obtained in accordance with law.

## Chapter III  Members

**Article 8**  The members of this Society include individual members and unit members.

**Article 9**  A member applying to join this Society must meet the following conditions:

(1) Support the Charter of this Society;

(2) Have the desire to join this Society;

(3) An individual engaged in scientific research and practical work in international law and related disciplines and fields, who possesses a certain level of professional knowledge and ability, may, upon application, become an individual member of this Society;

(4) An institution or social organization engaged in scientific research and practical work in international law and related disciplines and fields may, upon application, become a unit member of this Society.

**Article 10**  The procedure for the admission of members is:

(1) The individual or unit submits an application and completes a membership registration form;

(2) The application is discussed and approved by the Council or the Standing Council of this Society;

(3) A membership certificate is issued by the Council or by an agency authorized by the Council.

**Article 11**  Members enjoy the following rights:

(1) The right to vote, to stand for election, and to vote on resolutions of this Society;

(2) To participate in the academic research and exchange activities organized by this Society, as well as professional consultation, argumentation, and similar matters;

(3) Priority in the use of the Society's website, information, books, materials, and publications;

(4) The right to supervise the work of this Society and the right to make criticisms and suggestions;

(5) The freedom to join voluntarily and to withdraw freely.

**Article 12**  Members perform the following obligations:

(1) To abide by the Charter of this Society and carry out its resolutions;

(2) To safeguard the lawful rights and interests of this Society;

(3) To complete work assigned or entrusted by this Society and to participate actively in academic and professional activities;

(4) To provide relevant information and materials to this Society;

(5) To pay membership dues as prescribed.

**Article 13**  A member withdrawing from the Society shall notify the Society in writing and return the membership certificate.

If a member fails, without cause, to pay dues for two consecutive years, or fails to participate in the Society's activities for a prolonged period, the member shall be deemed to have automatically withdrawn.

**Article 14**  If a member commits a serious violation of this Charter, the member shall be expelled upon a vote of the Council or the Standing Council.

### Chapter IV  Organizational Structure and the Selection and Removal of Officers

**Article 15**  The highest authority of this Society is the General Assembly of Members' Representatives. The powers of the General Assembly of Members' Representatives are:

(1) To formulate and amend the Charter;

(2) To elect and remove directors;

(3) To review the work report and the financial report of the Council;

(4) To formulate and revise membership-dues standards;

(5) To decide on the establishment of honorary positions;

(6) To decide on matters of termination;

(7) To decide on other major matters.

**Article 16**  The General Assembly of Members' Representatives may be convened only when more than two-thirds of the members' representatives are present, and its resolutions take effect only upon an affirmative vote of more than half of the members' representatives in attendance.

The General Assembly of Members' Representatives shall have a term of five years and shall be convened once each year. Where, due to special circumstances, it is necessary to hold the change of term early or to postpone it, this must be adopted by a vote of the Council, submitted for the review and consent of the competent business unit, and approved by the registration authority. A postponed change of term shall be extended by no more than one year.

**Article 17**  This Society establishes a Council. The Council is the executive body of the General Assembly of Members' Representatives; during the intervals between meetings of the General Assembly, it leads this Society in carrying out its daily work and is accountable to the General Assembly of Members' Representatives.

**Article 18**  The powers of the Council are:

(1) To carry out the resolutions of the General Assembly of Members' Representatives;

(2) To elect and remove the President, Vice-Presidents, Secretary-General, and standing directors;

(3) To prepare for and convene the General Assembly of Members' Representatives;

(4) To report on work and financial status to the General Assembly of Members' Representatives;

(5) To decide on the admission and expulsion of members;

(6) To decide on the establishment, alteration, and termination of administrative offices, branch organizations, representative organizations, and entity organizations;

(7) To lead the various bodies of this Society in carrying out their work;

(8) To formulate internal management systems;

(9) To decide on other major matters of this Society.

The term of the Council is the same as that of the General Assembly of Members' Representatives, and it is renewed at the same time as the General Assembly.

The Council may be convened only when more than two-thirds of the directors are present, and its resolutions take effect only upon an affirmative vote of more than two-thirds of the directors in attendance.

**Article 19**  The Council shall meet at least once a year. Under special circumstances, meetings may be held by correspondence.

**Article 20**  This Society establishes a Standing Council. The Standing Council is elected by the Council; its number shall not exceed one-third of the number of directors. During the intervals between meetings of the Council, it exercises the powers set out in Article 18, items (1), (3), (5), (6), (7), and (8), and is accountable to the Council.

**Article 21**  A meeting of the Standing Council may be convened only when more than two-thirds of the standing directors are present, and its resolutions take effect only upon an affirmative vote of more than two-thirds of the standing directors in attendance.

**Article 22**  The Standing Council shall meet at least once every six months. Under special circumstances, meetings may be held by correspondence.

**Article 23**  The President, Vice-Presidents, and Secretary-General of this Society must meet the following conditions:

(1) Be of good political quality, observe discipline and abide by the law, and adhere to the line, principles, and policies of the Party;

(2) Have relatively significant influence within the professional field of international law;

(3) Be no more than 70 years of age at the time of assuming the highest office; the Secretary-General shall serve on a full-time basis;

(4) Be in good health and able to sustain normal work;

(5) Have not been subject to criminal punishment involving deprivation of political rights;

(6) Have full capacity for civil conduct.

**Article 24**  The President, Vice-Presidents, and Secretary-General of this Society each serve a five-year term and may serve no more than two consecutive terms.

**Article 25**  The President of this Society is the legal representative of this Society.

Under special circumstances, upon the recommendation of the President and with the consent of the Council, after review by the competent business unit and approval by the social-organization registration authority, a Vice-President or the Secretary-General may serve as legal representative.

The legal representative signs important documents on behalf of this Society.

The legal representative of this Society shall not concurrently serve as the legal representative of any other social organization.

**Article 26**  The President of this Society exercises the following powers:

(1) To convene and preside over the Council and the Standing Council;

(2) To inspect the implementation of the resolutions of the General Assembly of Members' Representatives, the Council, and the Standing Council.

**Article 27**  The Secretary-General of this Society exercises the following powers:

(1) To direct the administrative offices in carrying out daily work and to organize the implementation of the Society's annual work plan;

(2) To coordinate the work of the various affiliated bodies;

(3) To nominate Deputy Secretaries-General and the principal officers of the various affiliated bodies, for decision by the Council or the Standing Council;

(4) To decide on the employment of full-time staff of the various affiliated bodies;

(5) To handle other daily affairs.

### Chapter V  Principles of Asset Management and Use

**Article 28**  The sources of this Society's funds are:

(1) Membership dues;

(2) Donations;

(3) Government funding;

(4) Income from activities carried out and services provided within the approved scope of business;

(5) Interest;

(6) Other lawful income.

**Article 29**  This Society collects membership dues in accordance with relevant State regulations.

**Article 30**  This Society's funds must be used for the scope of business and the development of the undertakings prescribed in this Charter, and shall not be distributed among members.

**Article 31**  This Society establishes a strict financial management system to ensure that accounting materials are lawful, true, accurate, and complete.

**Article 32**  This Society is staffed with professionally qualified accounting personnel. An accountant shall not concurrently serve as a cashier. Accounting personnel must perform accounting and exercise accounting supervision. When accounting personnel are transferred or leave their posts, they must complete handover procedures with the successor.

**Article 33**  The asset management of this Society must implement the financial management system prescribed by the State and accept the supervision of the General Assembly of Members' Representatives and the financial authorities. Where assets originate from State appropriations or from social donations or funding, they must accept the supervision of the audit authorities, and the relevant circumstances shall be disclosed to the public in an appropriate manner.

**Article 34**  This Society must conduct a financial audit before a change of term or a change of legal representative.

**Article 35**  No unit or individual may misappropriate, privately divide, or divert the assets of this Society.

**Article 36**  The wages, insurance, and welfare benefits of the full-time staff of this Society shall be implemented by reference to the relevant State regulations for public institutions.

### Chapter VI  Procedures for Amending the Charter

**Article 37**  Amendments to the Charter of this Society must be adopted by a vote of the Council and then submitted to the General Assembly of Members' Representatives for review.

**Article 38**  The amended Charter of this Society must, within 15 days after adoption by the General Assembly of Members' Representatives, be reviewed and consented to by the competent business department and submitted to the social-organization registration authority for approval, whereupon it takes effect.

### Chapter VII  Termination Procedures and Disposal of Assets After Termination

**Article 39**  Where this Society completes its purpose, dissolves itself, or needs to be deregistered due to division, merger, or other reasons, the Council or the Standing Council shall propose a motion for termination.

**Article 40**  The motion for termination of this Society must be adopted by a vote of the General Assembly of Members' Representatives and submitted to the competent business department for review and consent.

**Article 41**  Before the termination of this Society, a liquidation organization must be established under the guidance of the competent business unit and the relevant authorities to settle claims and debts and handle matters arising from the winding-up. During the liquidation period, no activities other than liquidation shall be carried out.

**Article 42**  This Society is terminated upon completion of deregistration procedures with the social-organization registration authority.

Article 43    After the termination of this Society, its remaining assets shall, under the supervision of the competent business unit and the social-organization registration authority, be used in accordance with relevant State regulations for the development of undertakings related to the purpose of this Society.

### Chapter VIII  Supplementary Provisions

Article 44    This Charter was adopted by a vote of the Fourth Session of the Tenth General Assembly of Members' Representatives on May 22, 2021.

Article 45    The right to interpret this Charter belongs to the Council of this Society.

Article 46    This Charter takes effect on the date of approval by the social-organization registration department.



| Friendly Links: | International Criminal Court | Int'l Commercial Dispute Prevention & Settlement Org. | Permanent Court of Arbitration | Statute of the Int'l Court of Justice |
| --- | --- | --- | --- | --- |

Copyright: All Rights Reserved. [2010] Chinese Society of International Law.   Postal Code: 100037
Address: No. 24 Zhanlanguan Road, Xicheng District, Beijing, China