

**Ministry of Foreign Affairs
People's Republic of China**

# Director-General of the Department of Treaty and Law of the Foreign Ministry Jia Guide Attends 2019 Chinese Society of International Law (CSIL) Annual Academic Conference and Makes a Keynote Report

Updated: MAY 21, 2019 10:04



From May 18 to 19, 2019, the 2019 Chinese Society of International Law (CSIL) annual academic conference, under the theme of the 70 years of the People's Republic of China and the development of international law: challenges and responses to multilateralism, was held at Northwest University of Politics and Law. Director-General of the Department of Treaty and Law of the Foreign Ministry Jia Guide attended the conference at invitation and made a keynote report on the current development of international law and China's diplomatic treaties and laws.

**Exhibit 2 - Page 1 of 9**

Director-General Jia Guide analyzed the latest trends and features of the development of international law under the great changes in the world, and expounded on China's position and proposition on major international law issues and the formulation of international rules. He encouraged scholars of international law to strengthen their studies, take the initiative to serve the needs of the country, and make new contributions to the major-country diplomacy with Chinese characteristics.



Topics of the annual conference included global governance reform and international law, international law issues related to the Belt and Road Initiative, maritime law, cyberspace law and other cutting-edge issues. More than 400 representatives from government agencies, universities and other relevant practical departments and research institutions attended the conference.

The CSIL, founded in 1980 and under the leadership of the Ministry of Foreign Affairs, is a national academic organization registered under the Ministry of Civil Affairs, with its members from international law teaching and research institutions and relevant state organs and practical departments.

## Links:

State Council  |  Ministry of Commerce  |  National Development and Reform Commission  |
National Immigration Administration

Copyright© www.fmprc.gov.cn
Address: 2 Chaoyangmen Nandajie, Chaoyang District, Beijing, 100701 Tel: 86 – 10 – 65961114



Exhibit 2 - Page 2 of 9



**Ministry of Foreign Affairs**
**People's Republic of China**

HOME > NEWS > MFA NEWS

# Director-General of the Department of Treaty and Law of the Foreign Ministry Ma Xinmin Attends the 2024 Annual Academic Conference of Chinese Society of International Law and Delivers Keynote Report

Updated: APRIL 30, 2024 12:16



From April 27 to 28, 2024, the 2024 Annual Academic Conference of Chinese Society of International Law was held in Hangzhou. Director-General of the Department of Treaty and Law of the Foreign Ministry Ma Xinmin attended the conference and delivered a keynote report at the opening ceremony.

**Exhibit 2 - Page 3 of 9**

A seminar on "South China Sea Arbitration Award and International Law" was held during the conference to thoroughly refute the South China Sea Arbitration award.

Ma communicated the guiding principles of the Central Conference on Work Relating to Foreign Affairs and the guiding principles of General Secretary Xi Jinping's important address on advancing the rule of law in foreign-related matters. He introduced the important trends in global governance and international law, the new developments in international legislation, application of law and judicial practice in various fields, and China's international law practice and its contributions to leading global governance and building a community with a shared future for mankind. He also put forward relevant issues worthy of academic attention and research.



Themed "International Law for a Global Community with a Shared Future and Global Governance", the annual academic conference was attended by more than 1,400 representatives from major universities and research institutions, government agencies, public security organs and law firms, and other practical departments.

## Links:

State Council  |  Ministry of Commerce  |  National Development and Reform Commission  |  National Immigration Administration

Copyright© www.fmprc.gov.cn
Address: 2 Chaoyangmen Nandajie, Chaoyang District, Beijing, 100701 Tel: 86 – 10 – 65961114

Exhibit 2 - Page 4 of 9



Exhibit 2 - Page 5 of 9



**Ministry of Foreign Affairs
People's Republic of China**

HOME  >  NEWS  >  MFA NEWS

# Director-General of the Department of Treaty and Law of the Foreign Ministry Qi Dahai Attends the 2026 Annual Academic Conference of the Chinese Society of International Law and Delivers Keynote Speech

Updated: APRIL 30, 2026 18:59



From April 24 to 26, 2026, the 2026 Annual Academic Conference of the Chinese Society of International Law was held in Shanghai. Director-General of the Department of Treaty and Law of the Foreign Ministry Qi Dahai attended the conference and delivered a keynote speech at the opening ceremony.

Exhibit 2 - Page 6 of 9

Titled "International Law in the Transformation of Global Governance and New Developments in China's Diplomatic Work on Treaty and Law", Director-General Qi Dahai's keynote speech publicized the guiding principles of the Fourth Plenary Session of the 20th Central Committee of the Communist Party of China, and the important speeches of President Xi Jinping on strengthening foreign-related rule of law. He outlined the current trends in international law and detailed China's active use of international law to promote major concepts and initiatives, safeguard national sovereignty, security, and development interests, and contribute to leading the reform of global governance. He also offered suggestions to the international law community on strengthening research and application in this field.

Themed "Uphold the International Rule of Law, Enhance Global Governance", the annual conference brought together more than 1,500 delegates from universities, research institutions, government departments, the judicial sector, and the legal services industry. During the conference, special seminars were held focusing on a range of critical topics, including upholding a correct view of international law, commemorating the 80th anniversary of the opening of the International Military Tribunal for the Far East, also known as the Tokyo Trials, the International Organization for Mediation, the illegal "South China Sea arbitration", and global climate governance.

## Links:

State Council  |  Ministry of Commerce  |  National Development and Reform Commission  |
National Immigration Administration

Copyright© www.fmprc.gov.cn
Address: 2 Chaoyangmen Nandajie, Chaoyang District, Beijing, 100701 Tel: 86 – 10 – 65961114



Exhibit 2 - Page 7 of 9

 **Ministry of Foreign Affairs**
**People's Republic of China**

HOME > NEWS > MFA NEWS

# Vice Foreign Minister Hua Chunying Delivers Video Remarks at the Opening Ceremony of the 2026 Annual Academic Conference of the Chinese Society of International Law

Updated: APRIL 30, 2026 19:07



On April 25, 2026, Vice Foreign Minister Hua Chunying delivered video remarks at the opening ceremony of the 2026 Annual Academic Conference of the Chinese Society of International Law.

Hua Chunying stated that amid the current turbulent international landscape, certain countries are pursuing unilateralism and power politics, which severely undermines international rule of law. The more chaotic the world becomes, the more urgent it is to call for and strengthen the application and

**Exhibit 2 - Page 8 of 9**

enforcement of international law to uphold international fairness and justice. Under the new circumstances, the Chinese international law community should further guide its work with Xi Jinping Thought on Socialism with Chinese Characteristics for a New Era, and in particular, Xi Jinping Thought on the Rule of Law. It is vital to take the initiative to shoulder responsibilities and wield the law as a sword, so as to resolutely safeguard national sovereignty, security, and development interests, defend international fairness and justice, and make China's contribution to building a more just and equitable global governance system.

Themed "Uphold the International Rule of Law, Enhance Global Governance", the conference was jointly hosted by the Chinese Society of International Law and East China University of Political Science and Law. More than 1,500 delegates from domestic universities, research institutions, government agencies, and law firms attended the event. Former presidents of the Chinese Society of International Law Cao Jianming and Li Shishi attended the opening ceremony. President of the Shanghai High People's Court Jia Yu, President of the Chinese Society of International Law Huang Jin, and President of the East China University of Political Science and Law Xiao Kai delivered remarks at the opening ceremony.

## Links:

State Council  |  Ministry of Commerce  |  National Development and Reform Commission  |  National Immigration Administration

Copyright© www.fmprc.gov.cn
Address: 2 Chaoyangmen Nandajie, Chaoyang District, Beijing, 100701 Tel: 86 – 10 – 65961114



Exhibit 2 - Page 9 of 9